KAHN, Respondent, v. KAHN, Appellant. Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Edna D. Kahn against Jacob H. Kahn. M. Chaap, for appellant. G. E. Joseph, for respondent.

PER CURIAM. Order modified, by reducing allowance for maintenance of plaintiff's child to $400 per annum, and, as modified, affirmed, without costs. Order filed.

CLARKE, J., dissents, voting for affirmance.

KAPILOWITZ, Respondent, v. MALAMENT, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Samuel Kapilowitz, an infant, etc., against Menasseh J. Malament. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

In re KATHAN. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of Rutherford W. Kathan, an attorney. No opinion. Motion granted. The respondent having been convicted of a felony, his name is stricken from the roll of attorneys.

KAUFMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Israel Kaufman against Julius Smith and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

KAUFMANN, Respondent, v. JOHN C. WIARDA & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 1, 1909.) Action by Max E. Kaufmann against John C. Wiarda & Co. No opinion. Motion to dismiss appeal denied, without costs.

KAVANAGH, Respondent, v. RAYMOND VAN PRAAG SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by William K. Kavanagh against the Raymond Van Praag Supply Company. C. S. Petrasch, for appellant. A. J. Talley, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence as to the defendant's negligence and as to the plaintiff's freedom from contributory negligence. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

KEHR, Respondent, v. BRENNAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Augustus P. Kehr against the Brennan Construction Company. No opinion. Judgment affirmed, with costs.

KELLY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by John Kelly against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re KEMPNER. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Clarence Kempner. No opinion. Order of the Special Term affirmed, without costs.

KENNALLY v. GLENS FALLS PORTLAND CEMENT CO. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Action by William Kennally against the Glens Falls Portland Cement Company. No opinion. Motion denied.

KENNEALLY, Respondent, v. GLENS FALLS PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by William Kenneally against the Glens Falls Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

KENNEDY, Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Charles Kennedy against Ignatius Goldberg. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

KENNEDY, Respondent, v. JOHN WANAMAKER, NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Patrick Kennedy against John Wanamaker, New York. H. C. Allen, for appellant. H. D. Cohen, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

KENNY, Respondent, v. CUMMINGS, Appellant (two cases). (Supreme Court, Appellate Division, First Department. July 13, 1909.) Actions by Nellie Kenny, an infant, and by Thomas Kenny against Mary F. Cummings. J. H. Cummings, for appellant. F. F. Davis, for respondents.

PER CURIAM. Judgments and orders affirmed, with costs. Orders filed.

LAUGHLIN, J., dissents, on the ground that the court erred in receiving the expert evidence with respect to the cough from which the plaintiff Nellie Kenny suffered, as it was not connected with the injury.

KINA, Appellant, v. MACHWIRTH BROS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Stanislaus Kina, an infant, etc., against the Machwirth Bros. Company. No opinion. Judgment affirmed, with costs.

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June